UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEBRASKALAND INC.,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

26-CV-5622 (AS)

SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that all parties shall appear for a conference with the Court on **October 23, 2026** at **11:00 am**, in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The Court will hear argument on defendant HSBC Bank USA, N.A.'s motion to dismiss, Dkt. 12. The remote pretrial conference previously scheduled for November 5, 2026, *see* Dkt. 16, is hereby CANCELED.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge