UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEBRASKALAND INC.,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

26-CV-5622 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

The parties should meet and confer and, on or before **November 12, 2026**, file a joint letter with a proposed Civil Case Management Plan and Scheduling Order. The Court will also enter a separate order referring the parties to a settlement conference with Magistrate Judge Stein.

SO ORDERED.

Dated: October 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge