**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NEBRASKALAND, INC.,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

---------------------------------------------------------------X

**26 Civ. No. 5622 (AS)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, December 1, 2026 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 884 032 088#.**

**SO ORDERED.**

DATED: New York, New York
November 4, 2026

The Honorable Gary Stein
United States Magistrate Judge