**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NEBRASKALAND, INC.,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

-----------------------------------------------------------------X

**26 Civ. No. 5622 (AS)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, January 13, 2027 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Wednesday, January 6, 2027**.

**SO ORDERED.**

DATED: New York, New York
November 4, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge