UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEBRASKALAND, INC.,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

26-cv-5622 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Given the parties' agreement to proceed with a bench trial, *see* Dkt. 29-1, the Court will schedule trial to commence on **April 19, 2027**, rather than setting a schedule for summary-judgment briefing. *See* Individual Practices in Civil Cases § 8(I)(i) ("Absent good cause, the Court will not ordinarily have summary judgment practice in a non-jury case."). The final pretrial conference will be held on **April 14, 2027, at 2:00 pm**, in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 15A. The parties should submit a new proposed case management plan to accommodate this trial date.

SO ORDERED.

Dated: November 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge