Arnold & Porter

GRANTED IN PART. The final pretrial conference is ADJOURNED to May 19, 2027, at 11:00 AM, in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 15A. The trial date is ADJOURNED to May 24, 2027. The parties should submit a revised Case Management Plan within 3 days of this Order. The Clerk of Court is respectfully directed to close the motion at Dkt. 33.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 18, 2026

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007

Re: *Nebraskaland, Inc. v. HSBC Bank USA, N.A.*,
Civil Action No. 1:26-cv-05622-AS

Dear Judge Subramanian:

The Parties in the above-titled action reviewed the Court's November 13, 2026 Order (ECF No. 30) ("the Order"), which scheduled the final pretrial conference in this action for April 14, 2027 at 2:00 p.m., and trial to commence on April 19, 2027. After meeting and conferring with counsel for Plaintiff to discuss a revised schedule consistent with the Order, we write on behalf of both Parties to respectfully request the adjournment of these two dates by at least a month to account for the current procedural posture of the action and the Parties' desire to meaningfully focus their attention on potentially resolving the matter before discovery begins.

This is the Parties' first request to adjourn these dates.

Based on the Order, the Parties understand the Court would like this action to proceed more quickly, which both Parties agree is possible. The Parties, however, are concerned that they will not have enough time to amend and either answer or move to dismiss the complaint, meaningfully focus on any potential for resolution, complete discovery, and prepare the required pre-trial submissions before April 14, 2027, for three primary reasons.

*First*, the pleadings are not yet settled. The Court's November 6, 2026 Opinion and Order granting in part and denying in part Defendant's motion to dismiss the action (ECF No. 28) permits Plaintiff to file an amended complaint by November 27, 2026. Plaintiff intends to do so. After the amended complaint is filed, Defendant will have 21 days to answer or otherwise respond to it. Defendant will not know whether it will answer or, instead, otherwise respond until it has a chance to review and analyze the amended

Arnold & Porter



complaint. This assessment, and any subsequent action taken by Defendant, may impact the timing and nature of discovery.

*Second*, Magistrate Judge Stein scheduled a settlement conference for January 13, 2027 (ECF No. 27), preceded by a pre-settlement conference call on December 1, 2026 (ECF No. 26). Both Parties would like to explore whether they can resolve this matter before spending extensive time and expense on document, deposition and, potentially, expert discovery. While the Parties have agreed to discuss whether it would be helpful to exchange limited discovery in advance of the settlement conference, both Parties would prefer not to engage in fulsome discovery before January 13, 2027 to remain focused on any potential for settlement.

*Third*, given the current procedural posture of the action, the Parties have not yet served discovery requests. While the Parties plan to exchange initial requests for production by or before December 4, 2026, it will take time for the Parties to meet and confer on discovery, and then begin producing documents. The Parties are therefore concerned, especially in light of the January 13, 2027 settlement conference, that they may run out of time to complete discovery by the March 31, 2027 pretrial submission deadline (fourteen days prior to the April 14, 2027 final pretrial conference). *See* Your Honor's Individual Practices, Section 10.

In light of these considerations, the Parties respectfully request that the Court adjourn (i) the final pretrial conference from April 14, 2027 to a date on or after May 19, 2027, and (ii) the trial date from April 19, 2027 to a date on or after May 26, 2027. The Parties respectfully submit that such an adjournment balances the Court's clear directive for this action to proceed swiftly with the Parties' desire to fulsomely explore the possibility of settlement prior to the commencement of document productions, depositions and, if needed, expert discovery, taking into account the action's current procedural posture.

Should the Court adjourn the dates as requested, the Parties can submit within three (3) business days of such an adjournment a revised, proposed Case Management Plan.

We thank the Court for its consideration, and the Parties are available should the Court have any questions.

Respectfully submitted,
*/s/ Kathleen A. Reilly*
Kathleen A. Reilly
*Counsel to Defendant HSBC Bank USA, N.A.*

cc: All counsel of record (*via ECF*)